FILED_____ LODGED
_____ RECEIVED

DEC 23 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JERRY THEODORE FLOWERS, ) <br> ) <br> Defendant. ) <br> ) | NO. CR08-5405RBL <br><br> ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to January 13, 2009.

DONE this 24th day of December, 2008.

_____
JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Colin Fieman
Colin Fieman
Attorney for Defendant

/s/ Diane Clarkson
Diane Clarkson
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710